# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
Scheduled Time:10:00 AM
Starting Time:10:00 AM
Ending Time: 10:10 AM
```

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE HECTOR M. LAFFITTE

COURTROOM DEPUTY: Gretchen Rodriguez    **DATE:** December 29, 2004

COURT REPORTER: Patricia Garshaw    **CR NO:** 98-CR-189-14 (HL)

================================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA    George A. Massucco, AUSA

vs.

14- RAMON RODRIGUEZ    Maria Arsuaga, AFPD

================================================================

The defendant is present in court. He is _X_ under custody ___ on bond

**CASE CALLED FOR REVOCATION HEARING**. Defendant has no evidence to rebut the evidence presented by the US. Probation Officer, **the term of supervised release imposed on February 29, 2000, is hereby revoked.**

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) <u>Special condition and Standard conditions #2</u>

Probation term: _____

Imprisonment term for a total of <u>**TIME SERVED. Supervised Release term is hereby terminated as of December 31, 2004 at 12:00 a.m.**</u>

Supervised release for a total term of _____

Fine: <u>NONE</u>    Special monetary assessment: <u>NONE</u>

Restitution: <u>NONE</u>

Crim. 98-189-14 (HL)
December 29, 2004

======================================================================

Forfeiture:  NONE

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

X     Defendant is remanded to the custody of the U.S. Marshal.


                                        S/ Gretchen S. Rodriguez
                                        Gretchen S. Rodriguez
                                        Courtroom Deputy Clerk