# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA       *
                               *

        Vs.              *        98-CR-00189-014 (HL)
                               *

RODRIGUEZ, RAMON         *
                               *

--------------------------------------------------*

# O R D E R

By the Order of the Honorable Héctor M. Laffitte, United States District Court Judge,

the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this January 25, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _1-25-05_

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____