AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

**RAMON RODRIGUEZ**
**BLDG. 5 APT. 28**
**RESIDENCIAL LAS PALMAS,**
**CATANO, PUERTO RICO**
**SISTER CARMEN TEL. 788-6829**

**To: The United States Marshal**
and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number: 98-CR-189-014 (HL)

YOU ARE HEREBY COMMANDED to arrest _____ **RAMON RODRIGUEZ**
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

COPY OF MOTION AND ORDER IS ATTACHED.

in violation of Title _____ United States Code, Section(s) _____

HECTOR M. LAFFITTE
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

S/HECTOR M. LAFFITTE
Signature of Issuing Officer

MAY 12, 2004 AT HATO REY, PUERTO RICO
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Certified to be a true and exact copy of the original.
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ DEPUTY CLERK
Date: May 12, 2004

DATE RECEIVED: 5/14/04
DATE OF ARREST: 6/7/04
NAME AND TITLE OF ARRESTING OFFICER: Manuel Varela DUSM
SIGNATURE OF ARRESTING OFFICER: By: _____